IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DIANNA JOLENE BLAKE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CARVER TRUCK LINES, et al., )<br>)<br>Defendant. ) | Case No. 8:06cv355<br><br><br>**ORDER** |

THIS MATTER came before the court on the joint Motion to Continue Planning Conference [25]. For good cause shown,

**IT IS ORDERED:**

1. The joint Motion to Continue Planning Conference [25] is granted.

2. The Rule 16 planning conference is continued to **January 22, 2007 at 10:00 A.M.,** before the undersigned magistrate judge. Plaintiff's counsel **shall initiate the call to the court at 402-661-7340.**

Dated this 19th day of October 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge