# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DIANNA JOLENE BLAKE,** | ) | CASE NO. 8:06CV355 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| **CARVER TRUCK LINES, INC.,** a Kentucky Corporation, **STEVEN CARVER,** and **MARKINA L. CONSTANT,** | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Stipulation. The parties agree that the Stipulation serves as a Notice of Dismissal with Prejudice (Filing No. 51). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation (Filing No. 51) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this action are dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 18th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge